**Simon Hasterlik, appellee, v. Rudolph Schwalb, appellant. Gen. No. 26,392.**

Action for balance due on an account for liquors sold. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed February 14, 1922.

Rudolph Wolfner and Charles R. Young, for appellant. Eisendrath & Solomon, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Isabella Mandel et al., appellants, v. Ferdinand Hotz, appellee. Gen. No. 26,413.**

Action of covenant to recover a sum stipulated as liquidated damages for holding possession of premises after expiration of lease, against the tenant's guarantor. Judgment for defendant. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

Robert H. Holmes, for appellants. Robert E. Turney, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**W. D. Johnson, appellant, v. Frank C. Patten and T. T. Watson, appellees. Gen. No. 26,436.**

Trespass on the case for damages for fraudulently inducing plaintiff to loan money to defendants on inadequate security. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Reversed and remanded. Opinion filed February 14, 1922.

Russell G. Watters, for appellant. George W. Brown, for appellant Frank C. Patten.

Mr. Justice Morrill delivered the opinion of the court.

---

**Emma Kirschbaum, appellee, v. Herman F. Burr and Sarah B. Burr, appellants. Gen. No. 26,467.**

Action upon a promissory note. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Affirmed. Opinion filed February 14, 1922.

John E. Van Natta and Harry F. Brewer, for appellants. Pearson, Herrick & Vette, for appellee.

Mr. Justice Morrill delivered the opinion of the court.